# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| BOBBY S. McGOVERN | PLAINTIFF |
| V. | Civil Action No.  3:07-CV-00177 HTW-LRA |
| WILLIAM K. HIPP AND EMERSON ELECTRIC CO. | DEFENDANTS |
| EMERSON ELECTRIC CO. | COUNTER-CLAIMANT |
| V. | |
| BOBBY S. McGOVERN | COUNTER-DEFENDANT |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Bobby S. McGovern ("Plaintiff") and Defendants William K. Hipp and Emerson Electric Co. ("Defendants") have agreed to dismissal of all claims and counterclaims *with prejudice*, with the parties to bear their respective attorney fees, expenses and costs.  The Court, having considered the premises, finds that dismissal is appropriate and should be granted.

NOW, THEREFORE, IT IS ORDERED that all claims and counterclaims (whether asserted or amenable to assertion) are dismissed *with prejudice*, with the parties to bear their respective attorney fees, expenses and costs.

SO ORDERED, THIS, the 26th day of September, 2008.

> s/ HENRY T. WINGATE
> CHIEF UNITED STATES DISTRICT JUDGE

AGREED BY:

| *Crymes M. Pittman* | *J. Cal Mayo, Jr.* | *Paul T. Lee, Jr.* |
|---|---|---|
| Crymes M. Pittman | J. Cal Mayo, Jr. | Paul T. Lee, Jr. |
| Attorney for Plaintiff | Attorney for Defendants and Counter-Claimant | Attorney for Counter-Defendant |